FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FEB 28 1995

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By: _____
Deputy Clerk

BEN WOODY, )
 )
        Plaintiff, )
 )
v. ) Case No. CIV-94-55-B
 )
DONNA E. SHALALA, Secretary )
of Health and Human Services, )
 )
        Defendant. )

## ORDER AFFIRMING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE

On December 8, 1994, the United States Magistrate Judge for this district entered Findings and Recommendations in the above-referenced case. The parties have not filed exceptions and/or objections to these Findings and Recommendations within the time prescribed by law and the local rules of this Court. 28 USC § 636(b)(1); Rule 72 Federal Rules of Civil Procedure; Local Rule 32(d).

This Court finds that the recommendation of the Magistrate Judge remanding this case to the Defendant for the purpose of further medical evaluation and development of the medical record is supported by the record.

Upon full consideration of the entire record and issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge is affirmed and adopted by this Court as this Court's Findings and Order, and pursuant to the fourth sentence of 42, U.S.C. § 405(g), this case is remanded to the Defendant for further proceedings consistent with this Order.

IT IS SO ORDERED this $\underline{28}$ day of February, 1995.

```
                        /s/ Michael Burrage
                        MICHAEL BURRAGE
                        UNITED STATES DISTRICT JUDGE
```